IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00170-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HAROLD EDMOND STINNETT,

    Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **February 26, 2013, at 10:00 am.**

    Dated: December 3, 2012.