UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00170-WYD-1

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAROLD EDMOND STINNETT,

Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

     Due to a scheduling conflict of the Court, the supervised release violation hearing set for April 17, 2013 is **VACATED** and **RESET** for **Wednesday, May 1, 2013 at 4:00 p.m., in Courtroom A-1002.**

     Dated: April 3, 2013